BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00018-MCE-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $11,400.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Derek Jones ("claimant"), by and through his respective counsel, as follows:

1.      On or about November 8, 2013, claimant Derek Jones filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $11,400.00 in U.S. Currency ("hereafter "defendant currency"), which was seized on July 30, 2013.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  The deadline was February 6, 2014.

4.      By Stipulation and Order filed February 5, 2014, the parties stipulated to extend to April 7, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to June 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

6.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 6, 2014.

Dated:    4/1/14                                            BENJAMIN B. WAGNER
                                                           United States Attorney


                                                     By:   /s/ Jeffrey A. Spivak
                                                           JEFFREY A. SPIVAK
                                                           Assistant U.S. Attorney


Dated:    4/1/14                                            /s/ Autumn R. Paine
                                                           AUTUMN R. PAINE
                                                           Attorney for claimant
                                                           Derek Jones

                                                           (Authorized via email)

        IT IS SO ORDERED.

Dated:  April 2, 2014

                                                  _____
                                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

Stipulation and Order to Extend Time